505 A.2d 252

**PAXTON NATIONAL INSURANCE COMPANY, Petitioner,**

v.

**William BRICKAJLIK, Individually and t/a Brick's Farm Market.**

Supreme Court of Pennsylvania.

Feb. 6, 1986.

Petition for Allowance of Appeal GRANTED, No. 18 E.D. Appeal Docket 1986.